```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

I.C.,

        Plaintiff,

  - against -

**NEW YORK CITY DEPARTMENT OF EDUCATION, ET AL.,**

        Defendants.

―――――――――――――――――――――――――――――――

21-cv-10438 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties are directed to submit a Fed. R. Civ. P. 26(f) report by March 28, 2022.

**SO ORDERED.**

Dated:    New York, New York
            March 6, 2022

                                    /s/ John G. Koeltl
                                       John G. Koeltl
                             United States District Judge