```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------------
I.C.,

              Plaintiff,          21-cv-10438 (JGK)

    - against -              ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION ET AL.,

             Defendants.
--------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The conference scheduled for March 17, 2022 is canceled.

SO ORDERED.

Dated:    New York, New York
            March 14, 2022

                                      John G. Koeltl
                               United States District Judge