UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| I.C., on behalf of I.C.B.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　-v-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, NEW YORK CITY BOARD OF EDUCATION, and MEISHA PORTER, in her official capacity as Chancellor of the New York City School District,<br><br>　　　　　　　　　　　Defendants. | CIVIL ACTION NO.: 21 Civ. 10438 (JGK) (SLC)<br><br>**ORDER CANCELLING**<br>**SETTLEMENT CONFERENCE** |

**SARAH L. CAVE,** United States Magistrate Judge.

The parties having advised the Court that they have reached a settlement in principle, the settlement conference scheduled for Thursday, May 5, 2022 at 2:00 pm is hereby CANCELLED.

Dated:　　New York, New York　　　　SO ORDERED.
　　　　　　May 2, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**SARAH L. CAVE**
　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**